NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                                   Crim. No. 3:09CR69-001

ADAM LONG

On December 26, 2007, the above named offender was released from imprisonment and began serving a five year term of supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Adam Long be discharged from supervised release.

Respectfully submitted,

Bryan E. Jansen  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 14th day of July, 2010.

The Honorable Lacey A. Collier  
Senior United States District Judge

10 JUL 14   4:50

RECEIVED